**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rogelio MELENDEZ–RODRIGUEZ, a.k.a. Jose Gonzalez Gonzalez, a.k.a. Rogelio Rodriguez Melendez, Defendant–Appellant.**

No. 13–10549.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.*

Filed July 29, 2014.

Nirav Kaushik Desai, USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

John Paul Balazs, Law Offices of John P. Balazs, Sacramento, CA, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Rogelio Melendez–Rodriguez appeals from the district court's judgment and challenges the 37–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United` States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Melendez–Rodriguez contends that his sentence is substantively unreasonable in light of his mitigating circumstances and the age of his prior conviction for possession of a controlled substance for sale, which triggered a 12–level enhancement. The district court did not abuse its discretion in imposing Melendez–Rodriguez's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The sentence at the bottom of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Melendez–Rodriguez's criminal history and eight previous deportations. *See id.*

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to section 1326(b) in the judgment of conviction).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

AFFIRMED; REMANDED to correct the judgment.